Hand-Delivered

FILED
CHARLOTTE, NC

SEP - 9 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Jotham Bethea, </br></br>Plaintiff </br></br>vs. </br></br>Equifax Information Services, LLC, </br>Navy Federal Credit Union, </br>Goldman Sachs Bank USA, </br>OneMain Financial, </br></br>Defendants | ) </br>) </br>) </br>) </br>) </br>) </br>) **COMPLAINT** </br>) 3:25-CV-684-KDB </br>) </br>) </br>) </br>) </br>) |

## COMPLAINT

1. Plaintiff, Jotham Bethea, hereby files this Complaint against Defendant Equifax Information Services, LLC, Navy Federal Credit Union, Goldman Sachs Bank USA, and OneMain Financial for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA") and Gramm-Leach-Bliley Act 15 U.S.C. § 6803, et seq. (the "GLBA")

### JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331, as it arises under the laws of the United States, specifically the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681 and Gramm-Leach-Bliley Act (GLBA) 15 U.S. Code § 6803. This Court also has supplemental jurisdiction under 28 U.S.C. § 1367 for any related state law claims.

3. Venue is proper in this Court under 28 U.S.C. § 1391, as the Defendant conducts business in this district and the events giving rise to this claim occurred here.

### PARTIES

4. Plaintiff, Jotham Bethea is a natural person and consumer who resides in Charlotte, NC.

5. Defendant, Equifax Information Services, LLC, (Equifax) is a credit reporting agency registered and doing business in the state of NC located at 2626 Glenwood Avenue, Suite 550 Raleigh, NC 27608, with its principal place of business located at 1550 Peachtree St NW Atlanta, GA 30309.

6. Defendant, Navy Federal Credit Union, (NFCU) is a data furnisher with a principal place of business at 820 Follin Lane SE, Vienna, VA 22180.

7. Defendant, Goldman Sachs Bank USA, (Goldman) is a data furnisher with a principal place of business at 200 West Street, New York, NY 10282.

8. Defendant, OneMain Financial, (OneMain) is a data furnisher with a principal place of business at 601 NW 2ND St Evansville, IN 47706.

## FACTUAL ALLEGATIONS

9. Plaintiff reviewed his Equifax consumer report and discovered inaccurate information and unauthorized accounts reported.

10. Plaintiff has disputed the unauthorized accounts and inaccurate information appearing on his credit report with the Defendants. [Exhibit A]

11. The inaccurate address reported by Equifax at 3776 Barnwell Dr. Winston Salem, NC 27105 is incorrect. The correct address is 9843 Glenburn Ln. Charlotte, NC 28278.

12. The inaccurate accounts reported on Plaintiff's credit report listed as Navy Federal Credit Union, OneMain, Goldman (APPLE CARD, GENERAL MOTORS).

13. On March 19, 2025, Plaintiff submitted written disputes under 15 U.S.C. § 1681i and § 1681c-2, demanding reinvestigation and verification of the disputed accounts and correction of the inaccurate information. [Exhibit B]

14. Defendants failed to conduct a reasonable reinvestigation, failed to delete or correct unverifiable information, and continued reporting inaccurate accounts despite Plaintiff's disputes. [Exhibit A]

15. Equifax further failed to provide required reinvestigation results as mandated by 15 U.S.C. § 1681i(a)(6).

16. As a result of Defendants' unlawful conduct, Plaintiff suffered concrete harm including denial of credit [Exhibit C], higher interest rates, out-of-pocket losses, and emotional distress.

## CAUSES OF ACTION

### Count I: Violation of 15 U.S.C. § 1681i
(Failure to Conduct Reasonable Reinvestigation)

17. Plaintiff realleges and incorporates by reference all preceding paragraphs.

18. Defendant Equifax, NFCU, OneMain, and Goldman violated 15 U.S.C. § 1681i of the FCRA by failing to conduct a reasonable reinvestigation, failing to delete unverifiable information, and continuing to report disputed accounts despite Plaintiff's disputes.

19. Defendants continued to report unverifiable and inaccurate information without making the proper corrections, causing Plaintiff harm including the inability to secure credit at favorable terms, resulting in financial losses.

20. Maximum Damages: Plaintiff seeks statutory damages of $1,000 per willful violation, and actual damages for each instance of harm caused by the failure to investigate and correct disputed information.

### Count II: Violation of 15 U.S.C. § 1681a(d)(2)(A)(iii)
### (Exclusions)

21. Plaintiff realleges and incorporates by reference all preceding paragraphs.

22. Defendants NFCU, OneMain, and Goldman failed to provide Plaintiff with the opportunity, before the time that the information is initially communicated, to direct that such information not be communicated to any third parties as required by 15 U.S.C. § 1681a(d)(2)(A)(iii).

23. This failure violated Plaintiff's rights under the FCRA, and as a result, Plaintiff's unauthorized information was reported to third parties.

24. Maximum Damages: Plaintiff seeks $1,000 per violation of this section, and further punitive damages due to Defendants' willful disregard of the FCRA.

### Count III: Violation of 15 U.S.C. § 1681s-2(b)
### (Duties of Furnishers)

25. Plaintiff realleges and incorporates by reference all preceding paragraphs.

26. Defendants Equifax, NFCU, OneMain, and Goldman as furnishers of information, failed to conduct proper investigations of Plaintiff's disputes and failed to correct inaccurate information, in violation of 15 U.S.C. § 1681s-2(b).

27. This failure violated Plaintiff's rights under the FCRA, and as a result, Plaintiff's unauthorized information was reported to third parties.

28. Maximum Damages: Plaintiff seeks $1,000 per violation of this section, and further punitive damages due to Defendants' willful disregard of the FCRA.

### Count IV: Violation of 15 U.S.C. § 1681b
### (Permissible Purpose)

29. Plaintiff realleges and incorporates by reference all preceding paragraphs.

30. Defendants Equifax, NFCU, OneMain, and Goldman impermissibly shared or obtained Plaintiff's consumer information without a permissible purpose as defined in 15 U.S.C. § 1681b.

31. This action violated Plaintiff's rights under the FCRA, and as a result, Plaintiff's unauthorized information was reported to third parties.

32. Maximum Damages: Plaintiff seeks $1,000 per violation of this section, and further punitive damages due to Defendants' willful disregard of the FCRA.

## Count V: Violation of 15 U.S.C. § 1681e(b)
(Failure to Assure Accuracy)

33. Plaintiff realleges and incorporates by reference all preceding paragraphs.

34. Defendants Equifax, NFCU, OneMain, and Goldman continue to report wrong address, negative available credit error, and outdated balances demonstrate failure to follow reasonable procedures, is a violation of 15 U.S.C. § 1681e(b).

35. This failure violated Plaintiff's rights under the FCRA, and as a result, Plaintiff's unauthorized information is being reported inaccurately.

36. Maximum Damages: Plaintiff seeks $1,000 per violation of this section, and further punitive damages due to Defendants' willful disregard of the FCRA.

## Count VI: Violation of 15 U.S.C. § 6803
(Failure to Provide Privacy Notice)

37. Plaintiff realleges and incorporates by reference all preceding paragraphs.

38. Defendants NFCU, OneMain, and Goldman failed to provide Plaintiff with an initial or annual privacy notice that complied with 15 U.S.C. § 6803.

39. Additionally, Defendant shared Plaintiff's nonpublic personal information with third parties, including but not limited to credit reporting agencies, without providing adequate disclosure or an opportunity to opt out.

40. By failing to provide the required privacy disclosures and failing to inform Plaintiff of plaintiffs right to opt out, Defendant willfully violated the requirements set forth in 15 U.S.C. § 6803.

41. Maximum Damages: Plaintiff seeks statutory damages of $1,000 per violation under this section, in addition to actual damages suffered as a result of inadequate disclosures, and punitive damages for willful noncompliance.

## PRAYER FOR RELIEF

42. WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendants, awarding the following relief:

   A. Awarding Plaintiff actual damages for harm to creditworthiness, emotional distress, and other damages caused by Defendant's violation of the FCRA and GLBA;

   B. Award Plaintiff statutory damages from Equifax [$17,000], NFCU [$6,000], OneMain [$6,000], and Goldman [$12,000] for violation under the FCRA and GLBA;

   C. Awarding Plaintiff punitive damages for willful violations of the FCRA and GLBA;

   D. Injunctive relief ordering deletion of inaccurate information and compliance with FCRA duties;

E. Awarding Plaintiff's fees, costs, and expenses incurred in this action;

F. Granting such other relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

RESPECTFULLY SUBMITTED this 9th day of September 2025.

Respectfully,

Plaintiff – Jotham Bethea
9843 Glenburn Ln, Charlotte, NC 28278


STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

BEFORE ME personally appeared Jotham Bethea who, being by me first duly sworn and identified in accordance with law, did execute the foregoing in my presence this 9th day of September 2025.

Notary Public
My commission expires: July 19th, 2030

[Notary Seal: TAYLOR FERGUSON, NOTARY PUBLIC, MECKLENBURG COUNTY, NC]